UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRUCE CAMERON DAVIDSON,<br><br>      Plaintiff,<br><br>-against-<br><br>BLANKENSHIP DRY GOODS LLC,<br><br>      Defendant. | 24-cv-7544 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

 The Clerk of Court is respectfully directed to terminate the motions at Dkts. 37 and 38, which were resolved by Dkt. 40.

  SO ORDERED.

Dated: March 19, 2025
   New York, New York

                ARUN SUBRAMANIAN
                United States District Judge