UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRUCE CAMERON DAVIDSON,<br><br>        Plaintiff,<br><br>-against-<br><br>BLANKENSHIP DRY GOODS LLC,<br><br>        Defendant. | 24-cv-7544 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The Clerk of Court is respectfully directed to lift the stay in this case. Defendant's response to plaintiff's motion to dismiss the counterclaim, Dkt. 39, is due April 28, 2025, and the reply is due May 5, 2025. The schedule in the case management plan, Dkt. 29, remains in place, with all dates extended by thirty days.

  SO ORDERED.

Dated: April 15, 2025
    New York, New York

                   _____
                     ARUN SUBRAMANIAN
                    United States District Judge