**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION**

**CASE NO.: 1:24-cv-07544-AS-RFT**

BRUCE CAMERON DAVIDSON,

        Plaintiff,

v.

BLANKENSHIP DRY GOODS LLC,

        Defendant.

## PLAINTIFF'S DECLARATION IN SUPPORT OF SUMMARY JUDGEMENT

I, Bruce Cameron Davidson, declare and say:

1. I am over the age of 18 and otherwise competent to testify. I make the following statements based on personal knowledge.

2. I am a professional photographer who has found a way to shoot landscapes from different perspectives and create graphic images that challenge the viewer's expectations. I have traveled all over the world, spent countless hours flying around in helicopters, and embraced extreme temperatures all to capture the most spectacular aerial photographs. My work has been published in over thirty publications, including National Geographic. I have photographed campaigns for numerous brands, and won awards in Lurzers Archive, Communication Arts, Graphis and American Photographer.

3. In 2015, I created the photograph entitled "CD_2015_0914_0029_xgaplus", which is shown below and referred to herein as the "Work".



4. At the time I published the Work, I applied copyright management information to the Work consisting of my name and copyright indicator "© Cameron Davidson", which is visible in the bottom of the Work.

5. I registered the Work with the Register of Copyrights as part of a group registration (Title: "Photographs September 2015 to Nov.") on December 1, 2015 and was assigned the registration number Vau 1-251-061. The Certificate of Registration is attached hereto as Exhibit 1.

6. At all relevant times herein, I am the owner of the copyright registration and all of the rights to the Work above.

7. On or about May 14, 2024, I discovered my Work at the publicly available URL www.blankenshipdrygoods.com ("Website"), as an informational image the Defendant on the Website. The Work is no longer posted on the Website.

8. Defendant, Blankenship Dry Goods LLC ("Blankenship") owns, controls, and/or operates the Website publicly available the following URL: www.blankenshipdrygoods.com.

9. My Work was used as a main informative image of Blankenship's commercial Website. The high-resolution screenshot of the website is shown below and attached hereto as Exhibit 2.



10. When Defendant posted my Work, the copyright management information consisting of my name "© Cameron Davidson" was removed.

11. Defendant has never been licensed to use the Work for any purpose.

12. Defendant did not provide any attribution to me for my Work.

13. For the use in question in this matter, had Blankenship approached me to license the Work, I would have charged them $600 per year. Since it has been determined that the Work was first posted in 2020 and not taken down until 2024, I would have charged Defendant $2,400 for a license ($600 multiplied by 4 years). Attached hereto as Exhibit 3 are license agreements for my Work for similar use.

14. The license rate reflects the Work being depicted as a main informative image for a commercial website for clothing manufacturing and distribution services in New York City.

15. The infringement of my Work by Blankenship causes my Work to diminish in value.

4

I declare under perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 13, 2025.

_____
CAMERON DAVIDSON