# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## VAu 1-251-061

**Effective Date of Registration:**
December 01, 2015

## Title
| | |
|---|---|
| Title of Work: | PHOTOGRAPHS SEPTEMBER 2015 TO NOV. |
| Nature of Claim: | PHOTOGRAPHS |

## Completion/Publication
| | |
|---|---|
| Year of Completion: | 2015 |

## Author
| | |
|---|---|
| Author: | BRUCE CAMERON DAVIDSON |
| Author Created: | Photograph |
| Work made for hire: | No |
| Citizen of: | United States |
| Domiciled in: | United States |
| Year Born: | 1955 |
| Anonymous: | No |
| Pseudonymous: | No |

## Copyright Claimant
| | |
|---|---|
| Copyright Claimant: | BRUCE CAMERON DAVIDSON<br>399 TENNESSEE AVENUE, ALEXANDRIA, VA, 22305 |

## Limitation of copyright claim
| | |
|---|---|
| Previously registered: | No |
| New material included in claim: | PHOTOGRAPHS MADE BY BRUCE CAMERON DAVIDSON FROM SEPTEMBER 1, 2015 TO NOVEMBER 30, 2015 |

## Certification
| | |
|---|---|
| Name: | BRUCE CAMERON DAVIDSON |
| Date: | November 30, 2015 |

| | |
|---|---|
| Copyright Office notes: | Basis for Registration: Unpublished collection |

Page 1 of 1