# Exhibit 2

# BLANKENSHIP DRY GOODS



MADE IN AMERICA * FOR TRUE PATRIOTS

PREMIUM QUALITY * HANDCRAFTED IN MANHATTAN

DURABLE MATERIALS * MANHATTAN * CHICAGO * NORTH CAROLINA

BERBER * COTTON * TWILL * CANVAS * CORD * METAL SNAPS *

BRICK + MORTAR - IRON * STEEL * STONE *

EMBROIDERY * CREST *

BLANKENSHIP DRY GOODS IS A MANUFACTURER AND BRAND WITH ITS ROOTS IN APPAREL MANUFACTURING. DOMESTIC MANUFACTURING WAS A NATIONAL PAST-TIME ASIDE FROM THE FEW REMAINING FACTORIES IN THE COUNTRY RETAINING STATESIDE WORK.

MADE IN AMERICA IS ENTRENCHED IN EVERY STITCH AND FIBER OF BLANKENSHIP DRY GOODS APPAREL. WEAR THE DIFFERENCE IN CLOTHING AND METAL PARTS THAT NEITHER BEND NOR BREAK.

SNAPS, ZIPPERS, BUTTONS AND STRONG, DURABLE RAW MATERIALS FROM DOMESTIC MILLS AND SOURCES COMPRISE THE MAKE OF THE BRAND. PRODUCTION IS THE BRAND SPECIALTY AND WHERE THE COMPANY BEGAN ITS JOURNEY.

Shop Collection →






## BLANKENSHIP DRY GOODS

INDUSTRIAL UNITED STATES MADE

HANDCRAFTED IN MANHATTAN

JOIN THE BRAND

MADE IN MANHATTAN

BLANKENSHIP DRY GOODS IS A STATESIDE PRODUCER OF PREMIUM QUALITY APPAREL. OUR BRAND REMAINS TRIED AND TRUE MADE BY ON SHORE. OUR PRODUCTS ARE ALSO MADE FROM DOMESTIC TEXTILES AND COMPONENTS. WE CONTINUE TO PRODUCE IN THE UNITED STATES ALWAYS.

IN MANHATTAN IS THE EPICENTER OF OUR APPAREL PRODUCTION. THE PRODUCTION IN THE CITY IS THE CORE OF INDUSTRIAL NYC IN CENTERS THAT ARE IN MOTION SINCE THE 1900s. MANHATTAN AND THE GREATER CITY IS THE EPITOME OF WORKMANSHIP AND ENERGY SO WHERE BETTER TO PRODUCE THAN IN THE HEART OF THE CITY.






EMBROIDERIES

MANY OF OUR GARMENTS ARE CUSTOMIZABLE OR COME PRE EMBROIDERED WITH UNIQUE EMBROIDERIES FINISHED ONSHORE. WE ARE PROUD TO OFFER UNIQUELY HIGH STITCH COUNTS AND PRECISE DETAILING ON OUR EMBROIDERIES FOR ULTIMATE QUALITY AND APPEARANCE. WE FINISH 3x3 - 6x4 and 12x6 EMBROIDERIES - OR OTHER CUSTOM DIMENSIONS WHEN NECESSARY. VIEW OUR CUSTOM EMBROIDERIES OR CUSTOMIZE YOUR OWN.

CUSTOM



TEXTILES

OUR NATURAL MATERIALS AND FABRICS ARE FIRST GROWN IN NORTH AND SOUTH CAROLINA WITH MIDWEST MILLS. COTTONS AND WOVEN AND KNIT IN OUR MILLS AND BROUGHT FOR CUTTING AND SEWING IN NEW YORK. THE COTTONS WE USE OFTEN HAVE BLENDS SUCH AS LYCRA AND BERBER. OUR STRONGEST WOVENS LINING OUT TAILGATER COLLECTION IS FROM FAIRFIELD COUNTY.



STONEWASHING AND DYEING

OUR PIECE GOODS PRIOR TO PRODUCTION OF GARMENTS ARE STONEWASHED AND PIGMENT DYED TO ACHIEVE ATTRACTIVE WASHED COLORS THAT ARE UNIQUE TO OUR BRAND. STONEWASHING OCCURS DIRECTLY OUTSIDE THE CITY IN BROOKLYN. OUR PATRIOT PANTS AND FREEDOM SHORT TWILLS FADE OVER TIME TO ACHIEVE A SUN WASHED LOOK AFTER MANY HOURS OF WEAR OUTDOORS.





**MADE IN NYC**

6TH AVE NYC



**USA FACTORY**

NYC MADE



SHOP FIGAWI




**NANTUCKET COLORS**

SHOP CUSTOM



**PRECISION EMBROIDERY**

SHOP GREEK



**PREMIUM QUALITY**

UNITED STATES MADE



MAILING LIST
JOIN TODAY

Email Address

Subscribe Now

MasterCard VISA AMERICAN EXPRESS DISCOVER
SECURE SSL ENCRYPTION McAfee SECURE

© 2023 by BLANKENSHIP DRY GOODS LLC- 2019

CALL - 2034410872

CORPORATE ORDERING - 2034410872
TEXT ORDER TO - 2034410872
AMBASSADOR TEXT - 2034410872

TERMS AND CONDITIONS