UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Bruce Cameron Davidson,<br><br>                              Plaintiff,<br><br>          -against-<br><br>Blankenship Dry Goods LLC,<br><br>                              Defendant. | 24-CV-7544 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Counsel for both parties are ordered to appear for an in-person conference with the Court on **Wednesday, January 21, 2026 at 3 p.m.** Prior to this conference, the parties (including lead counsel and the principal decisionmaker for the clients) should meet and confer in person, or over video conference, for at least thirty minutes to discuss if this case can be settled. If the parties reach a settlement in principle of this case, the conference will be canceled.

      SO ORDERED.

Dated: January 16, 2026
      New York, New York

                           ARUN SUBRAMANIAN
                        United States District Judge