UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Bruce Cameron Davidson, | |
| Plaintiff, | 24-CV-7544 (AS) |
| -against- | |
| Blankenship Dry Goods LLC, | ORDER |
| Defendant. | |

ARUN SUBRAMANIAN, United States District Judge:

The conference on Monday, January 26, 2026, will be held **in person** in Courtroom 15A of the 500 Pearl Street courthouse. There will be no dial in, and counsel for both parties are expected to appear in person.

SO ORDERED.

Dated: January 21, 2026
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge