# CRISCIONE | RAVALA, LLP
### ATTORNEYS AT LAW

MAILING ADDRESS: 250 PARK AVENUE | SUITE 700 | NEW YORK, NEW YORK 10177
2001 ROUTE 46 | SUITE 310 | PARSIPPANY, NEW JERSEY 07054
110 EAST BROWARD BOULEVARD | SUITE 1700 | FT. LAUDERDALE, FLORIDA 33301
TELEPHONE (800) 583-1780 | FACSIMILE (800) 583-1787

**GALEN J. CRISCIONE, ESQ. \***
*\* LICENSED IN NY, NJ, FL, TX, MI & DC*
DIRECT: 1.800.583.1780 X. 501 | GCRISCIONE@LAWCRT.COM

April 15, 2026

Hon. Arun Subramanian
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007

> **Re:** **Davidson v. Blankenship Dry Goods**
> **24-cv-7544**

Dear Hon. Judge Subramanian:

The parties jointly write regarding the determination of damages in this matter and request that damages be determined by the Court and not a jury.

Pursuant to the Court's January 2, 2026 Order, Defendant previously requested that the amount of damages be determined by a jury. Defendant has since withdrawn that request and waives its right to a jury trial. In order to conserve the resources and time of the Court, the parties and counsel, the parties have now conferred and agreed that the amount of damages should be determined by the Court.

In light of the limited issues remaining following the Court's summary judgment ruling, the parties respectfully submit that a bench determination of damages will promote efficiency and conserve judicial resources.

Accordingly, the parties respectfully request that the Court determine the amount of damages in this action without a jury and based upon paper submitted as part of the parties' Motions for Summary Judgment. The parties further request that the Court advise how it would like to proceed with respect to any further submissions or any further proceedings concerning damages.

The parties thank the Court for its consideration.

| | |
|---|---|
| **SRIP LAW** | **CRISCIONE, RAVALA, LLP** |
| By: _/s/ Jordan Abisror_____ | By: /s/ _Galen J. Criscione_____ |
| Jordan Abisror, Esq. | Galen J. Criscione, Esq. |
| 41 Madison Ave., 25th Floor | 250 Park Avenue, 7th Floor |

New York, NY 10010
Tel: (561) 404-4350
Joseph.dunne@sriplaw.com

New York, NY 10177
Tel.: (212) 920-7142
gcriscione@lawcrt.com