**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
Bruce Cameron Davidson,

                         Plaintiff,

        -against-                                                        24 **CIVIL** 7544 (AS)

                                               **JUDGMENT**

Blankenship Dry Goods LLC,

                         Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated April 21, 2026, judgment is entered for Davidson

for a total of $25,000 in statutory damages; accordingly, the case is closed.

**Dated:** New York, New York

      April 22, 2026

                                   **TAMMI M. HELLWIG**

                                   _____

                                      **Clerk of Court**

                    **BY:**               K. mango

                                   _____

                                      **Deputy Clerk**