**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
BRUCE CAMERON DAVIDSON,

                        Plaintiff,                      24 **CIVIL** 7544 (AS)

        -against-                        **AMENDED JUDGMENT**

BLANKENSHIP DRY GOODS LLC,

                        Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated June 15, 2026, judgment is entered for Davidson for a total of $25,000 in statutory damages; Davidson is awarded attorney's fees in the amount of $107,765; Davidson is awarded taxable costs in the amount of $4,597.87; Davidson is awarded prejudgment interest in the amount of $12,917.52; and Davidson is awarded post-judgment interest at the rate specified in 28 U.S.C. § 1961 until the judgment is paid.

**Dated:**  New York, New York
        June 16, 2026

                                **TAMMI M. HELLWIG**
                                _____
                                   **Clerk of Court**

              **BY:** _____
                                 **Deputy Clerk**